```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06514
    VIVIAN ZABALA
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

             Debtor
    SSN XXX-XX-4662


---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 04/11/2007 and was not confirmed.

    The case was dismissed without confirmation 10/24/2007.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------

EMC MORTGAGE CORPORATION CURRENT MORTG         .00            .00            .00
EMC MORTGAGE CORPORATION MORTGAGE ARRE         .00            .00            .00
HENRY ZABALA             NOTICE ONLY    NOT FILED             .00            .00
B-REAL LLC               UNSECURED           766.91           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                         2,200.00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                  2,200.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                               2,200.00
                         --------------   --------------
TOTALS                     2,200.00          2,200.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 03/26/08       _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```